

# The Attorney General of Texas

December 21, 1981

MARK WHITE
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

1607 Main St., Suite 1400
Dallas, TX. 75201
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Wilhelmina Delco
Chairman
Committee on Higher Education
House of Representatives
Austin, Texas    78769

Opinion No. MW-414

Re:   Construction of General
Appropriations Act provision
on  compensatory  time  for
employees required to work on
holidays

Dear Representative Delco:

You have requested our opinion regarding the construction of a provision of the General Appropriations Act regarding compensatory time for certain employees.  Acts 1981, 67th Leg., ch. 875, art. V, §6c, at 3798.  Section 6c of article V of the current act provides in pertinent part:

> Each  state  agency  and  institution  and agencies of higher education will, during the biennium, have on hand enough personnel to carry on the activities of each institution or agency so that the public business can be carried on during that period.  Those employees who are working during  that  holiday  period  will  be  allowed compensatory  time  off  at  a  later  time.  The supervisor in charge may require the employee to give  reasonable  notice  in  advance  of  taking compensatory time off but may not require that the employee  specify  the  reason  for  which  the compensatory time is to be taken....
>
> Agencies who have work schedules other than provided in Article 5165a, Section 2, will insure that employees working these schedules observe the equivalent  number  of  holidays  each  year  as employees working normal office hours.

You ask:

> Was  it  the  legislative  intent  to  extend  the privilege of input in deciding which days could be taken as compensation for holidays to both regular

hour employees and rotating or shift time
employees?

You state that agencies with employees on rotating shifts have in
the past allowed those employees to decide when to take compensatory
time.  In our opinion, the language of the appropriations act does not
authorize the employee to insist that compensatory time be used only
on a particular date or at a particular hour.  The agency is required
by the rider to have on hand enough personnel to carry on public
business.  This requirement is one factor that may prevent the use of
compensatory time on a particular date.  We believe that both the
employee and his supervisor should have in mind a range of
alternatives, so that the employee is enabled to use his time when
most convenient for him to do so, and, on the other hand, so that the
work of the agency is not unduly disturbed by his absence.  The
employee's "privilege of input" does not give him the exclusive right
to determine when compensatory time will be taken.

In our opinion, the General Appropriations Act makes no
distinction between regular employees and those on rotating schedules
or shifts.  The only purpose of the second paragraph quoted here is to
insure that rotating employees receive the same amount of holiday time
as regular employees.  The same flexibility as is contemplated for
regular employees should also be practiced by rotating or shift
employees and their supervisors.

## S U M M A R Y

The General Appropriations Act contemplates a
shared responsibility between employee and
supervisor with regard to the use of compensatory
time.  The act makes no distinction for this
purpose between regular employees and rotating or
shift employees.

Very truly yours,

MARK  WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Rick Gilpin
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
Jon Bible
Rick Gilpin
Jim Moellinger